**Fill in this information to identify the case:**

Debtor 1: NICOLE D. TUNSTALL

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Mississippi (State)

Case number: #19-10246

## Official Form 410S1
# Notice of Mortgage Payment Change
12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service Centralized Servicing Center

**Court claim no.** (if known): #2

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 8 4

**Date of payment change:** Must be at least 21 days after date of this notice: 05/17/2019

**New total payment:** $ 850.39
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 148.63    New escrow payment: $ 245.98

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ 753.04    New mortgage payment: $ 850.39

**Part 4:** **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ CECIL EDWARDS
Signature

Date  02/19/2019

Print: **CECIL EDWARDS**
First Name    Middle Name    Last Name

Title  **Bankruptcy Specialist**

Company  USDA - Rural Housing Service
Centralized Servicing Center

Address  PO Box 66879
Number    Street

St. Louis, MO 63166
City    State    ZIP Code

Contact phone  (800) 349-5097 ext 3722

Email  csc.bkr@stl.usda.gov

# IN THE UNITED STATES BANKRUPTCY COURT
## Northern District of Mississippi
### PAYMENT CHANGE SUMMARY

**Completed By:** CECIL EDWARDS                                          02/19/2019
                                                                         (Date)

**Debtor(s) & Address:** NICOLE D. TUNSTALL
124 COLEMAN COVE
BYHALIA, MS. 38611

**Case No.** #19-10246
**Claim No.** #2
**USDA Acct No.** 6 9 8 4

**Attorney & Address:** ROBERT H. LOMENICK, JR.
P.O. BOX #417
HOLLY SPRINGS, MS. 38635

**Trustee & Address:** LOCKE D. BARKLEY
CHAPTER #13 TRUSTEE
6360 I-55 NORTH
SUITE #140
JACKSON, MS. 39211

**Effective** 05/17/2019 **, the monthly ongoing payment is changing due to:**

No ___ Yes ✓ **ESCROW:**
No ✓ Yes ___ **OTHER:**

## PAYMENT CALCULATION

|                       | Current Payment |                       | New Payment |
|-----------------------|----------------:|-----------------------|------------:|
| Principal & Interest  | 604.41          | Principal & Interest  | 604.41      |
| Less Subsidy          | 0.00            | Less Subsidy          | 0.00        |
| Total P&I Payment     | 604.41          | Total P&I Payment     | 604.41      |
|                       |                 |                       |             |
| Escrow                | 148.63          | Escrow                | 205.95      |
| Escrow shortage       |                 | Escrow shortage       | 40.03       |
| Total Escrow          | 148.63          | Total Escrow          | 245.98      |
|                       |                 |                       |             |
| Fees                  |                 | Fees                  |             |
|                       |                 |                       |             |
| Total Payment         | 753.04          | Total Payment         | 850.39      |

**Northern District of Mississippi**

Case No.  #19-10246
Claim No.  #2

## CERTIFICATE OF SERVICE

I, CECIL EDWARDS, do hereby certify that on 02/19/2019, I served copies of the Notice of Mortgage Payment Change, to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

By U.S. Mail, postage prepaid:

Debtor(s)

NICOLE D. TUNSTALL

124 COLEMAN COVE
BYHALIA, MS. 38611

Via CM/ECF:

Debtor's Attorney of Record:

ROBERT H. LOMENICK, JR.
P.O. BOX #417
HOLLY SPRINGS, MS. 38635

Chapter 13 Trustee:

LOCKE D. BARKLEY
CHAPTER #13 TRUSTEE
6360 I-55 NORTH
SUITE #140
JACKSON, MS. 39211

Date: 02/19/2019

/s/ CECIL EDWARDS
CECIL EDWARDS
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext. #5469

```
USDA RURAL DEVELOPMENT - CSC   -650
4300 GOODFELLOW BLVD.
BLDG 105E  FC-252
ST. LOUIS         MO 63120-1703

800-414-1226




NICOLE D TUNSTALL                      YOUR LOAN NUMBER:
124 COLEMAN COVE
BYHALIA           MS 38611

                                       DATE: 02/14/19


       *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING   05/19 THROUGH    04/20.
------ ANTICIPATED PAYMENTS FROM ESCROW -   05/19 THROUGH    04/20 ------
           INSURANCE                         1751.00
           COUNTY TAX                         720.49

        TOTAL PAYMENTS FROM ESCROW           2471.49

        MONTHLY PAYMENT TO ESCROW             205.95 (1/12TH OF ABOVE TOTAL)

------ ANTICIPATED ESCROW ACTIVITY -    05/19 THROUGH    04/20--------
        -ANTICIPATED PAYMENTS-             -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW  FROM ESCROW  DESCRIPTION   ANTICIPATED        REQUIRED
                   ACTUAL STARTING BALANCE       -1062.77         1339.10
MAY 19   205.95                                   -856.82         1545.05
JUN 19   205.95                                   -650.87         1751.00
JUL 19   205.95                                   -444.92         1956.95
AUG 19   205.95     1751.00   INSURANCE   ALP    -1989.97  RLP     411.90
SEP 19   205.95                                  -1784.02          617.85
OCT 19   205.95                                  -1578.07          823.80
NOV 19   205.95                                  -1372.12         1029.75
DEC 19   205.95                                  -1166.17         1235.70
JAN 20   205.95      720.49   COUNTY TAX         -1680.71          721.16
FEB 20   205.95                                  -1474.76          927.11
MAR 20   205.95                                  -1268.81         1133.06
APR 20   205.95                                  -1062.86         1339.01

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    -2401.87.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS         0.00.
```

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
           PRINCIPAL & INTEREST                                    604.41
           ESCROW (1/12TH OF ANNUAL ANTICIPATED                    205.95
               DISBURSEMENTS AS COMPUTED ABOVE)
           PLUS: AMORTIZED FEE PAYMENT                               0.00
           PLUS: REPLACEMENT RESERVE OR FHA SVC CHG                  0.00
           PLUS: SHORTAGE PAYMENT                                   40.03
           MINUS: SURPLUS CREDIT                                     0.00
           ROUNDING ADJUSTMENT                                       0.00
           MINUS: BUYDOWN/ASSISTANCE PAYMENTS                        0.00


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 05/17/19       850.39
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS     411.90.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS          411.90.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
04/13         181.60        05/13        181.60       06/13      10849.46   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00        0.00                         00/00         0.00
00/00        0.00                         00/00         0.00
```

```
USDA RURAL DEVELOPMENT - CSC    -650
4300 GOODFELLOW BLVD.
BLDG 105E   FC-252
ST. LOUIS          MO 63120-1703

800-414-1226




NICOLE D TUNSTALL                    YOUR LOAN NUMBER:
124 COLEMAN COVE
BYHALIA          MS 38611

                                     DATE: 02/14/19


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING OCT, 2012 AND ENDING SEP, 2013.
IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR
THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

          --- YOUR PAYMENT BREAKDOWN AS OF OCT, 2012 IS ---

               PRINCIPAL & INTEREST            604.41
               ESCROW DEPOSIT                  178.66
               OPTIONAL INSURANCE                0.00
               REPLACE RESV/FHA SVC CHG          0.00
               SHORTAGE                         43.02
               DEFICIENCY                        0.00
               SURPLUS                           0.00
               ROUNDING                          0.00
               LESS BUYDOWN/ASST PAYMENT       218.97
               BORROWER PAYMENT                607.12
```

|       | PAYMENTS TO ESCROW |        | --- PAYMENTS FROM ESCROW ---- |        |             | -- ESCROW BALANCE -- |         |
|-------|--------------------|--------|-------------------------------|--------|-------------|----------------------|---------|
| MONTH | PRIOR PRJ          | ACTUAL | PRIOR PRJ                     | ACTUAL | DESCRIPTION | PRIOR PRJ            | ACTUAL  |
| JUL 12| 0.00               |        |                               | 994.00 | INSURA      | 0.00                 | 5.31    |
| AUG 12| 0.00               | 90.37  |                               |        |             | 0.00                 | 95.68   |
|       |                    |        | STARTING BALANCE              |        |             | 792.68               | 95.68   |
| OCT 12| 178.66             | *      |                               |        |             | 971.34               | 95.68   |
| NOV 12| 178.66             | *      |                               |        |             | 1150.00              | 95.68   |
| DEC 12| 178.66             | 90.37  |                               | 1457.40| COUNTY      |                      |         |
| DEC 12|                    | 90.37  |                               |        |             |                      |         |
| DEC 12|                    | 221.68 |                               |        |             |                      |         |
| DEC 12|                    | 221.68*|                               | *      |             | 1328.66              | -737.62 |
| JAN 13| 178.66             | *      | 1150.00                       | *      |             | 357.32 T             | -737.62 |
| FEB 13| 178.66             | 221.68 |                               |        |             |                      |         |
| FEB 13|                    | 221.68*|                               |        |             | 535.98               | -294.26 |
| MAR 13| 178.66             | *      |                               |        |             | 714.64               | -294.26 |

```
APR 13     178.66            *                                      893.30      -294.26
MAY 13     178.66       221.68                                     
MAY 13                  181.60
MAY 13                 -181.60
MAY 13                 -221.68
MAY 13                  221.68*                                    1071.96       -72.58
JUN 13     178.66            *                                     1250.62       -72.58
JUL 13     178.66            *                                     1429.28       -72.58
AUG 13     178.66       181.60*     994.00    1037.00* INSURA       613.94      -927.98 A
SEP 13     178.66            *                                      792.60      -927.98
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS        357.32. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
    -927.98.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.


TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
07/12         90.37       08/12         90.37       09/12         90.37
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00          0.00                           00/00          0.00
00/00          0.00                           00/00          0.00
00/00          0.00                           00/00          0.00