___



SO ORDERED,

*Jason D. Woodard*

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

___

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                              CHAPTER 13 CASE NO.:
    **NICOLE DENISE TUNSTALL**

                                                    **19-10246-JDW**

## AMENDED ORDER DIRECTING EMPLOYER TO WITHHOLD DEDUCTIONS FROM PAY AND DIRECTING PAYMENT TO CHAPTER 13 TRUSTEE

      The above-named Debtor(s) filed a Chapter 13 Petition on **1/18/2019**, which subjected all of the Debtor's wages, salary, or commissions to the jurisdiction of the Court while this case is pending. The employer of the Debtor is subject to orders from this Court directing the employer to withhold and remit a certain amount of the Debtor's wages to the duly appointed Chapter 13 Trustee pursuant to 11 U.S.C. § 1325(c) in order to fund the Debtor's Chapter 13 case.

      IT IS, THEREFORE, ORDERED, that **SERVICEMASTER BSC LLC, ATTN: PAYROLL, 150 PEABODY PLACE, MEMPHIS, TN  38103,** the employer of the Debtor, is hereby directed to pay to the Chapter 13 Trustee the sum of $ **539.00   WEEKLY** commencing the next pay period following receipt of this Order. All payments should be made payable to **Locke D. Barkley, Chapter 13 Trustee, P.O. Box 1859, Memphis, TN, 38101-1859.**

      IT IS FURTHER ORDERED, that **SERVICEMASTER BSC LLC** is hereby directed to withhold said sum from the Debtor's wages, after deducting the amount necessary to pay withholding and Social Security taxes, pensions, union dues (if any), retirement contributions, or child support deductions, and to remit said sum to the Chapter 13 Trustee.

      IT IS FURTHER ORDERED, that **SERVICEMASTER BSC LLC** shall immediately cease and discontinue withholding and remitting any funds to pay any wage garnishments.

      IT IS FURTHER ORDERED, that **SERVICEMASTER BSC LLC** shall withhold and remit said sum to the Chapter 13 Trustee until further order of this Court.

##END OF ORDER##