

**SO ORDERED,**

*/s/ Jason D. Woodard*

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| NICOLE DENISE TUNSTALL | 19-10246-JDW |

## AGREED ORDER GRANTING MOTION TO MODIFY (DKT. #49)

THIS MATTER came before the Court on the Motion to Modify Chapter 13 Plan After Confirmation (Dkt. #49) (the "Motion") filed by the Debtor and the Response to Motion to Modify Plan (Dkt. #52) (the "Response") filed by Locke D. Barkley, Chapter 13 Trustee ("the Trustee"). Upon agreement of the parties,

IT IS ORDERED that:

1. The Motion shall be and is hereby granted in part.

2. The Confirmed Plan (Dkt. #35) (the "Plan") shall be and is hereby modified to extend the plan term from a 48-month period to a 60-month period.

3. The plan payment shall be amended as necessary to afford completion of the Plan, as modified.

##END OF ORDER##

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN
ATTORNEY FOR TRUSTEE

/s/ Robert Lomenick
ROBERT LOMENICK
ATTORNEY FOR DEBTOR

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392