

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT MISSISSIPPI

**IN RE: NICOLE DENISE TUNSTALL**                   **CHAPTER 13**

**DEBTOR**                                          **CASE NO.  19-10246 JDW**

### ORDER GRANTING MOTION TO MODIFY [DKT. # 67]

This matter came before the Court upon the Motion of the Debtor, Nicole Denise Tunstall, requesting the issuance of an order directing modification of Chapter 13 Plan after confirmation, and it appearing unto the Court that no timely responses have been filed, the Motion is due to be granted.

**IT IS, THEREFORE, ORDERED**, that Debtor's confirmed Chapter 13 Plan (Dkt. #35) is modified to extend the plan period to 84-months with the Trustee setting the payment at disposable monthly income, and that the distribution to general unsecured creditors remain the same.

#ENDOFORDER#

**Submitted by:**

**/s/ Robert H. Lomenick**
**KAREN B. SCHNELLER, MSB 6558**
**ROBERT H. LOMENICK, JR., MSB 104186**
**SCHNELLER & LOMENICK, P.A.**
**126 NORTH SPRING STREET / P.O. BOX 417**
**HOLLY SPRINGS, MS 38635** /karen.schneller@gmail.com
robert@northmsbankruptcy.com
**ATTORNEY FOR DEBTOR**